OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

3/4/2015

JACKSON, JAMES EDWARDS - Tr. Ct. No. 894116-A WR-74,644-04
This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

JAMES EDWARDS JACKSON
20002 CHERRY OAKS LANE
HUMBLE, TX 77346

I A

UNITED STATES POSTAGE
PITNEY BOWES
02 1M $ 00.26⁵
0204279596   MAR 06 2015
MAILED FROM ZIP

AVRS3B 77346